IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

YVONNE ANN GILLENTINE     PLAINTIFF

v.     CIVIL ACTION NO. 1:19-CV-37-GHD-RP

COMMISSIONER OF SOCIAL SECURITY     DEFENDANT

## ORDER GRANTING MOTION TO DISMISS

Plaintiff has filed a Motion to Dismiss Without Prejudice requesting that the instant matter be dismissed without prejudice. Docket 10. Counsel for the Commissioner of Social Security notified the Court via email that it does not oppose the motion to dismiss. Plaintiff has not filed her brief in support of review, and the Court finds that no party will be prejudiced by the dismissal. It is therefore **ORDERED** that this action is dismissed without prejudice.

**SO ORDERED**, this the 10th day of June, 2019.

_____
SENIOR U.S. DISTRICT JUDGE